HEATHER E. WILLIAMS, #122664
Federal Defender
BRIAN ABBINGTON, Texas Bar #00790500
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
brian_abbington@fd,org

Attorney for Defendant
CHARLES J. PHILLIPS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:19-po-141 JDP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **AMENDED STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE INITIAL APPEARANCE** |
| | ) | |
| CHARLES J. PHILLIPS, JR., | ) | Date: May 21, 2019 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Jeremy D. Peterson |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the Initial Appearance hearing currently scheduled for May 21, 2019, may be continued to June 19, 2019 at 10:00 a.m.

The reason for the continuance is to confer with Mr. Phillips prior to the initial appearance and to request video teleconference since Mr. Phillips resides in Los Angeles, CA and is unable to travel to Yosemite, CA due to financial hardship.

                                                          Respectfully Submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

Dated: May 20, 2019                */s/ Brian Abbington*_____
                                                          BRIAN ABBINGTON
                                                          Assistant Federal Defender
                                                          Attorney for CHARLES J. PHILLIPS, JR.

McGREGOR SCOTT
United States Attorney

Dated: May 20, 2019

*/s/ S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

**GOOD CAUSE APPEARING**, the court continues the initial appearance to June 19, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 20, 2019

UNITED STATES MAGISTRATE JUDGE