HEATHER E. WILLIAMS, #122664
Federal Defender
BRIAN ABBINGTON, Texas Bar #00790500
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
brian_abbington@fd,org

Attorney for Defendant
CHARLES J. PHILLIPS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHARLES J. PHILLIPS, JR.<br>Defendant. | Case No. 6:19-po-141 JDP<br><br>**WAIVER OF PERSONAL APPEARANCE; AND REQUEST TO APPEAR BY VIDEO CONFERENCE**<br><br>Date: June 19, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, CHARLES PHILLIPS, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his Initial Appearance and be allowed to appear via video conference from the United States District Court in Los Angeles, California. Mr. Phillips agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Brian Abbington, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

Mr. Phillips respectfully request this Court grant a waiver of his right and obligation to be personally present at the Initial Appearance and that he be permitted to appear via video conference from the United States District Court in Los Angeles, California. Travel to Yosemite National Park represents a financial hardship.

Respectfully Submitted,

Dated: May 20, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ Brian Abbington*
BRIAN ABBINGTON
Assistant Federal Defender
Attorney for CHARLES J. PHILLIPS, JR.

McGREGOR SCOTT
United States Attorney

Dated: May 20, 2019

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Los Angeles, California for his Initial Appearance on June 19, 2019 at 10:00 a.m. is hereby accepted and adopted. Defendant must appear for the Initial Appearance, but may do so by video.

IT IS SO ORDERED.

Dated: May 20, 2019

UNITED STATES MAGISTRATE JUDGE